**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Raynaldo BRANDON, a/k/a Naldo, a/k/a Nardo, Defendant– Appellant.**

No. 00–7056.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2001.

Decided March 6, 2001.

Raynaldo Brandon, pro se. Tessa Marie Gorman, Office of the United States Attorney, Alexandria, VA, for appellee.

Before WILKINS, NIEMEYER, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Raynaldo Brandon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Brandon*, Nos. CR–94–141; CA–98–1344–AM (E.D.Va. filed May 11, 2000; entered May 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*